**IN THE SUPREME COURT OF PENNSYLVANIA
WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :  No. 122 WAL 2019

                Respondent    :

                            :  Petition for Allowance of Appeal from
                            :  the Order of the Superior Court
            v.             :

BARSHAY REQWAN DUNBAR,     :

                Petitioner     :

## ORDER

**PER CURIAM**

    **AND NOW**, this 17th day of September, 2019, the Petition for Allowance of Appeal is **DENIED**.